(102 So. 793)

**Ex parte MILLER–BRENT LUMBER CO.**

(4 Div. 192.)

(Supreme Court of Alabama. Jan. 22, 1925.)

Certiorari to Court of Appeals.

E. O. Baldwin, of Andalusia, for petitioner. Powell & Reid, of Andalusia, opposed.

PER CURIAM. Petition of the Miller-Brent Lumber Company for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Miller-Brent Lumber Co. v. Ross, 102 So. 792.

Writ denied.

ANDERSON, C. J., and SOMERVILLE, THOMAS, and BOULDIN, JJ., concur.

---

(102 So. 791)

**Ex parte STATE ex rel. ATTY. GEN.**

**McDANIEL v. STATE.**

(6 Div. 332.)

(Supreme Court of Alabama. Jan. 22, 1925.)

Certiorari to Court of Appeals.

Harwell G. Davis, Atty. Gen., for petitioner. J. B. Ivey, of Birmingham, and Huey & Welch, of Bessemer, opposed.

SOMERVILLE, J. Joe McDaniel was convicted of an offense, and appealed to the Court of Appeals, and the judgment of conviction being there reversed, the state, on the relation of its Attorney General, brings this petition for certiorari to the Court of Appeals to review and revise the judgment and decision of that court, in the case of McDaniel v. State, 102 So. 788.

Writ denied.

ANDERSON, C. J., and THOMAS and BOULDIN, JJ., concur.